AO 240A (Rev. 1/94)

Case 1:11-cv-01840-SMS   Document 6   Filed 11/04/11   Page 1 of 1

UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| LIDIA MATA HERNANDEZ,<br>Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>CASE   1:11-AT-00687 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this __3rd__ day of __November__, __2011__.

__/s/ Barbara A. McAuliffe__
Signature of Judicial Officer

__BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
Name and Title of Judicial Officer